# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FIDELITY AND GUARANTY INSURANCE COMPANY, and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 1:22-cv-02311<br>) |
| BRIGHT HAVEN BEHAVIORAL HEALTH CENTER, LTD., SAMIRA JIMENEZ, AND CLARITY CLINIC LLC, | ) Hon. Joan B. Gottschall<br>)<br>)<br>) |
| Defendants | ) |

## PLAINTIFFS' RULE 41(A)(1) NOTICE OF DISMISSAL

Plaintiffs Fidelity and Guaranty Insurance Company and Travelers Property Casualty Company of America (collectively, "Plaintiffs"), pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and prior to any Defendant's service of an answer or motion for summary judgment, hereby submit this notice of voluntary dismissal of this action, without prejudice, and without costs to any party, for the reason that the parties have resolved current disputes regarding their rights and obligations under the Plaintiffs' insurance policies at issue, and there is therefore no actual controversy upon which declaratory judgment is currently necessary.

Dated: August 5, 2022

 

FIDELITY AND GUARANTY INSURANCE
COMPANY, and TRAVELERS PROPERTY
CASUALTY COMPANY OF AMERICA

By: /s/ Christopher J. Bannon
Christopher J. Bannon
Samuel R. Leist
Aronberg Goldgehn Davis & Garmisa
330 North Wabash Avenue, Suite 1700
Chicago, IL 60611

Ph: (312) 755-3175
Fax: (312) 222-6375
cbannon@agdglaw.com
sleist@agdglaw.com

*Attorneys for Plaintiffs Fidelity Guaranty Insurance Company and Travelers Property Casualty Company of America*

4893-2484-2029, v. 1

Case: 1:22-cv-02311 Document #: 9 Filed: 08/05/22 Page 2 of 3 PageID #:436

## **CERTIFICATE OF SERVICE**

   I hereby certify that on August 5, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Illinois, Eastern Division using the CM/ECF system, which will send notification of such filing to all counsel of record.

            By: /s/ *Christopher J. Bannon*
                Christopher J. Bannon
                Attorney for Plaintiff Travelers Casualty and Surety Company of America

4893-2484-2029, v. 1